IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM T. RUSSAW, #256123,          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )     CASE NO. 1:24-cv-393-ECM
                                     )
OFFICER PARISH, *et al.*,            )
                                     )
        Defendants.                  )

**O R D E R**

On January 21, 2026 the Magistrate Judge entered a Recommendation (doc. 37) to which no timely objections have been filed.[1]  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 37) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

---

[1] Objections were originally due on February 4, 2026, (doc. 37 at 2), and no objections were filed by that date.  However, because the Court "perceive[d] that the statute of limitations may bar the refiling of this action if the Court dismisses it without prejudice," the Court *sua sponte* extended the objection deadline to May 1, 2026. (Doc. 38).  The Court further cautioned the Plaintiff that failure to timely respond "may result in dismissal of this action without further notice." (*Id.*).  To date, the Plaintiff has filed no objections to the Recommendation.

DONE this 14th day of July, 2026.

                         /s/ Emily C. Marks

                      EMILY C. MARKS

                      UNITED STATES DISTRICT JUDGE